# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **DARRYL D. PARKER** | **CIVIL ACTION NO. 08-1553** |
| **LDOC #300414** | |
| **VS.** | **SECTION P** |
| | **JUDGE JAMES** |
| **DEPARTMENT OF CORRECTIONS,** | |
| **ET AL.** | **MAGISTRATE JUDGE HAYES** |

### NOTICE OF INTENT TO DISMISS

On December 19, 2008, plaintiff was ordered to amend his civil rights complaint to provide more specific information. [rec. doc. 4] Since that date, plaintiff has submitted letters [rec. docs. 5, 6, 7 and 8] which do not fully address or directly respond to the Memorandum Order. Pursuant to Federal Rules of Civil Procedure, Rule 41(b), this failure is grounds for dismissal of this action. Such dismissals may be done *sua sponte* in accordance with the court's inherent power to control its own docket. See *Link v. Wabash Railroad Company*, 82 S.Ct. 1386 (1962); *Rogers v. Kroger, Co.*, 669 F.2d 317, 320-321 (5th Cir. 1982); *Natural Gas Pipeline Co. v. Energy Gathering, Inc*. 2 F.3d 1397, 1407 (5th Cir. 1993).

**Accordingly,**

**The Clerk of Court is directed to send another copy of the December 18, 2008 Memorandum Order [rec. doc. 4] to the plaintiff.**

**Plaintiff is hereby advised that his complaint will be DISMISSED WITH PREJUDICE under Rule 41(b) unless the plaintiff files, within fifteen (15) calendar days from the date of this order, evidence of good cause for his failure to comply with this court's order, and, an Amended Complaint which addresses ALL of the concerns previously raised by the Memorandum Order of December 18, 2008. [rec. doc. 4]**

In Chambers, Monroe, Louisiana, March 4, 2009.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE