RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/18/09
BY DD

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| DARRYL D. PARKER | CIVIL ACTION NO. 08-1553 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DEPARTMENT OF CORRECTION, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Report and Recommendation [Doc. No. 12] of the Magistrate Judge, which the Court ADOPTS, and for the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Darryl D. Parker's civil rights complaint is DISMISSED WITH PREJUDICE as frivolous and failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

MONROE, LOUISIANA, this 18 day of May, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE