RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/8/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DARRYL D. PARKER | CIVIL ACTION NO. 08-1553 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DEPARTMENT OF CORRECTION, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## MEMORANDUM RULING

Before the Court is *pro se* Plaintiff Darryl D. Parker's ("Parker") motion for reconsideration [Doc. No. 15]. Parker seeks to alter or amend the Court's May 18, 2009 Judgment [Doc. No. 14] adopting the Report and Recommendation of the Magistrate Judge and dismissing his claims with prejudice as frivolous and for failing to state a claim.

A motion for reconsideration is made pursuant to Federal Rule of Civil Procedure Rule 59(e). *See* FED. R. CIV. P. 59(e); *see also Patin v. Allied Signal, Inc.*, 77 F.3d 782, 785 n.1 (5th Cir. 1996). "Such motions serve the narrow purpose of allowing a party to correct manifest errors of law or fact or to present newly discovered evidence." *Waltman v. Int'l Paper Co.*, 875 F.2d 468, 473 (5th Cir. 1989) (internal quotations and citations omitted).

Parker has failed to raise grounds that would entitle him to relief. Accordingly,

IT IS HEREBY ORDERED that the Motion is DENIED.

MONROE, LOUISIANA, this 2 day of June, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE